# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**In re:**

**CURNELL MELVIN WESTBROOK, SR.**
**HULDA LOU WESTBROOK,**

       **Debtors.**

**CHAPTER 13**

**CASE NO. 08-33873-KRH**

**NATIONSTAR MORTGAGE,**

       **Plaintiff/Movant.**

**vs.**

**CURNELL MELVIN WESTBROOK, SR.**
**AKA CURNELL MELVIN WESTBROOK**
**AKA CURNELL M. WESTBROOK**
**HULDA LOU WESTBROOK**
**AKA HULDA JONES WESTBROOK**
**AKA HULDA J. WESTBROOK**
**ROBERT E. HYMAN, TRUSTEE,**

       **Defendants.**

## ORDER TERMINATING STAY

Upon the default of the Debtors incident to the Order of October 8, 2009, and in accordance with the Notice of Default dated and filed December 2, 2010, Counsel for the Plaintiff having filed a Certificate of Default on December 22, 2010, and the Court finding grounds to terminate the stay, it is

**ORDERED** that the automatic stay of 11 U.S.C. Section 362 is modified to permit the Movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the property located at 1403 Bowen Street, Richmond, VA 23224, and is more particularly described as follows:

> **ALL that certain lot, piece or parcel of land, lying and being in the City of Richmond, Virginia, designated as Lot 16, in Block E, on plat of the Subdivision of Center Hill, dated November 22, 1938, recorded in Plat Book 7, page 88, Clerk's Office of the Circuit Court of Chesterfield, Virginia.**

Relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action

Eric David White, Esquire
Counsel for Plaintiff
Samuel I. White, P.C.
1804 Staples Mill Road
Suite 200
Richmond, VA, 23230
State Bar # 21346
Tel: (804) 290-4290
Fax: (804) 290-4298

File No: 93-024472-09

under state law, as may be necessary, to obtain possession of the property.

It is further **ORDERED** that upon entry of this Order, the Chapter 13 Trustee shall be relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim filed by Plaintiff.

DATED:

_____
JUDGE

I ask for this:
### /s/ ERIC DAVID WHITE
Samuel I. White, P. C.
Eric David White, Esquire, VSBN 21346
Michael T. Freeman, Esquire, VSBN 65460
Counsel for Nationstar Mortgage
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

### CERTIFICATE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

### /s/ ERIC DAVID WHITE
Samuel I. White, P. C.

The Clerk shall mail a copy of the entered Order to the following:

Robert E. Hyman
Chapter 13 Trustee
Post Office Box 1780
Richmond, VA 23218-1780

Jason Meyer Krumbein, Esquire
Counsel for Debtors
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230

Curnell Melvin Westbrook, Sr. and Hulda Lou Westbrook
Debtors
1403 Bowen Street
Richmond, VA 23224